**236** ROBISON (Pros. Attorney) vs. RECORDERS' COURT JUDGE (Detroit), 59 M., 529.

To compel respondent to try a case arising under ⁻Tow. Stat. Sec .2203, for the protection of game.

Denied April 25, 1888.

Held, that the party violating the provisions of the Act is deemed guilty of a misdemeanor, the only punishment for which is a penalty of $50 and imprisonment until such penalty is paid,

not exceeding 30 days, of which case the Police Court of the city has jurisdiction to the exclusion of the Recorder's Court.